U.S. DISTRICT COURT
Southern District of GA
Filed in Office

12/18/2017 M

Deputy Clerk

DIANNA SALTER, as surviving )
spouse of Ricky P. Salter, Sr., )
deceased, and in her capacity as )
the temporary administrator of )
the Estate of Ricky P. Salter; )
and the ESTATE OF RICKY P. )
SALTER, )
)
    Plaintiffs, )
) CASE NO. CR416-254
v. )
)
OTIS ELEVATOR COMPANY, JOHN DOE, )
INC., and JOHN DOE INC #2, Inc., )
)
    Defendants. )
)

## O R D E R

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice. (Doc. 72.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), an action may be dismissed pursuant to "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITH PREJUDICE**.[1] Each party shall bear its own costs and attorney's fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 18th day of December 2017.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] As a result, Defendant Otis Elevator Company's Motion for Summary Judgment (Doc. 65) and Motion to Exclude Plaintiff's Expert Joseph Stabler (Doc. 67) are **DISMISSED AS MOOT**.